| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/24/2020 |

STEPHEN BELLINGHAM, individually and on behalf of all others similarly situated,

        Plaintiff,

-v -

QUDIAN INC., MIN LUO, and CARL YEUNG

        Defendants.

1:20-cv-00577-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Oppositions to the motions to appoint parties as Lead Plaintiff are due no later than April 7, 2020. Replies are due no later than April 14, 2020.

  SO ORDERED.

Dated: March 24, 2020

              _____
              GREGORY H. WOODS
              United States District Judge