Case 1:20-cv-00577-GHW   Document 39   Filed 04/28/20   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/2020

# MEMORANDUM ENDORSED

**Michael Grunfeld**
Partner

VIA ECF                                                                       April 28, 2020

The Honorable Gregory H. Wood
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

RE:   *Bellingham v. Qudian Inc., et al.*, No. 1:20-cv-00577-GHW

Dear Judge Woods:

We represent Co-Lead Plaintiffs Juan Pablo di Benedetto and Galessi Holding Corp (collectively, "di Benedetto") and Pablo Greco ("Lead Plaintiffs"), in the above captioned securities class action. Pursuant to Rule 1.F of your Honor's Individual Rules of Practice, Lead Plaintiffs submit this letter on behalf of all parties requesting that the Court so-order the stipulation and proposed scheduling order, filed concurrently herewith, for Lead Plaintiffs' filing of an amended complaint and Defendant's anticipated motion to dismiss.[1]

The proposed schedule provides the following deadlines:

| Event | Date |
|---|---|
| Amended Complaint | **June 12, 2020** |
| Defendants' pre-motion letter in connection with motion to dismiss | **July 10, 2020** |
| Lead Plaintiffs' response to pre-motion letter | **July 17, 2020** |
| Motion to dismiss | **August 12, 2020** or **14 days** after the Court's ruling on pre-motion letter (whichever is later) |
| Opposition to motion to dismiss | **42 days** after filing of motion to dismiss |
| Reply brief in support of motion to dismiss | **28 days** after filing of opposition |

---

[1] We have asked counsel for Qudian Inc. whether they are able to accept service on behalf of the Individual Defendants, Min Luo and Carl Yeung, and are continuing to discuss that possibility.

**600 Third Avenue, New York, New York 10016    tel: 212.661.1100    www.pomerantzlaw.com**

NEW YORK         CHICAGO         LOS ANGELES         PARIS



Hon. Gregory H. Woods
April 28, 2020
Page 2

    The parties further propose that because this is a putative federal securities class action governed by the provisions of the Private Securities Litigation Reform Act (the "PSLRA"), 15 U.S.C. §§ 78u-4, the joint status letter, proposed case management plan, and initial pre-trial conference that are currently scheduled for June 11, 2020 and June 18, 2020, be adjourned pending the Court's decision on Defendant's anticipated motion to dismiss.

    Should the Court have any questions or concerns, counsel for both parties are available upon the Court's request.

Respectfully submitted,

| | |
|---|---|
| */s/ Kim E. Miller* | */s/ Michael Grunfeld* |
| Kim E. Miller | Michael Grunfeld |
| | |
| **KAHN SWICK & FOTI, LLC** | **POMERANTZ LLP** |
| 250 Park Avenue, Suite 2040 | 600 Third Avenue, 20th Floor |
| New York, NY 10177 | New York, NY 10016 |
| Telephone: (212) 696-3730 | Telephone: (212) 661-1100 |
| Facsimile: (504) 455-1498 | Facsimile: (212) 661-8665 |
| Email: kim.miller@ksfcounsel.com | Email: mgrunfeld@pomlaw.com |
| | |
| *Co-Lead Counsel for Co-Lead Plaintiff Juan Pablo di Benedetto and Galessi Holding Corp* | *Co-Lead Counsel for Co-Lead Plaintiff Juan Pablo di Benedetto and Galessi Holding Corp* |

Application granted in part and denied in part.  The deadline for Plaintiffs to file an amended complaint is June 12, 2020.  The Court will hold a telephone conference regarding Defendants' anticipated motion to dismiss on July 17, 2020 at 4 p.m.  The deadline for Defendants to submit their pre-motion conference letter is July 8, 2020; Plaintiff's response is due no later than July 15, 2020.  The Court expects to set a briefing schedule for the motion to dismiss during the pre-motion conference.   The initial pre-trial conference scheduled for June 18, 2020 is adjourned *sine die*.

SO ORDERED.

Dated: April 28, 2020

                                                  GREGORY H. WOODS
                                              United States District Judge