USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2020

# MEMORANDUM ENDORSED

**Michael Grunfeld**
Partner

**VIA ECF**                                                            June 16, 2020

The Honorable Gregory H. Wood
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

RE:     *Bellingham v. Qudian Inc., et al.*, No. 1:20-cv-00577-GHW

Dear Judge Woods:

        We represent Co-Lead Plaintiffs Juan Pablo di Benedetto and Galessi Holding Corp (collectively, "di Benedetto") and Pablo Greco ("Lead Plaintiffs"), in the above captioned securities class action. We write to request leave of Court to file the attached revised Amended Class Action Complaint ("Amended Complaint") pursuant to the June 15, 2020 Notice to Attorney Regarding Deficient Pleading. (The revised Amended Complaint is attached as Exhibit A.) The Amended Complaint that was filed on June 12, 2020 (Dkt. No. 40) retained the original case caption, as the parties and the Court have used to-date. Based on correspondence with the Clerk's office (attached as Exhibit B), we request the Court's permission to revise the caption of the Amended Complaint so that it reflects all of the parties that are active parties in the case.  The only difference between the Amended Complaint that was filed on June 12, 2020 and the proposed revised Amended Complaint that is attached as Exhibit A is the caption change described above.

        We have conferred with counsel for Qudian Inc. and they consent to this request.[1] We are available to provide any further information that the Court requests.

---

[1] Service of the Individual Defendants Min Luo and Carl Yeung is still pending. (*See* Dkt. No. 39).



Hon. Gregory H. Wood
June 16, 2020
Page 2

Respectfully submitted,

*/s/ Kim E. Miller*
Kim E. Miller

**KAHN SWICK & FOTI, LLC**
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

*Co-Lead Counsel for Co-Lead Plaintiff Juan Pablo di Benedetto and Galessi Holding Corp*

*/s/ Michael Grunfeld*
Michael Grunfeld

**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: mgrunfeld@pomlaw.com

*Co-Lead Counsel for Co-Lead Plaintiff Juan Pablo di Benedetto and Galessi Holding Corp*

Application granted.  The Clerk of Court is directed to remove Stephen Bellingham from the caption of this case.  Plaintiffs are also granted leave to file the amended complaint at Exhibit A.  The Clerk of Court is directed to conform the caption of this case to the caption listed on the amended complaint.

SO ORDERED.

Dated:  June 16, 2020

GREGORY H. WOODS
United States District Judge