UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN PABLO DI BENEDETTO, GALESSI HOLDING CORP., AND PABLO GRECO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUDIAN INC., MIN LUO, and CARL YEUNG,<br><br>Defendants. | Case No.: 1:20-cv-00577-GHW |

### NOTICE OF DEFENDANTS QUDIAN INC., MIN LUO, AND CARL YEUNG'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the annexed Declaration of James G. Kreissman, dated September 4, 2020; the exhibits attached thereto; and the accompanying Memorandum of Law, Defendants Qudian Inc., Min Luo, and Carl Yeung will move this Court, before the Honorable Gregory H. Woods, United States District Court Judge, in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order dismissing Plaintiffs' Amended Class Action Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: September 4, 2020                     SIMPSON THACHER & BARTLETT LLP

By: */s/ James G. Kreissman*
      James G. Kreissman

James G. Kreissman (jkreissman@stblaw.com)
Stephen P. Blake (sblake@stblaw.com)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Defendants Qudian Inc.,*
*Min Luo, and Carl Yeung*