# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN BELLINGHAM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QUDIAN INC., MIN LUO, and CARL YEUNG, <br><br> Defendants. | Case No.: 1:20-cv-00577-GHW <br><br> **[PROPOSED] FINAL JUDGMENT** |

## [Proposed] Final Judgment

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that final judgment is entered in favor of Defendants on all claims in the Amended Complaint, and the above-entitled action is hereby dismissed in its entirety with prejudice. Each party shall bear its own fees and costs incurred in connection with the above-entitled action.

Dated: _____          _____
                                                                                   The Honorable Gregory H. Woods
                                                                                   United States District Judge