USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2022

# Simpson Thacher & Bartlett LLP

2475 HANOVER STREET
PALO ALTO, CA 94304

TELEPHONE: +1-650-251-5000
FACSIMILE: +1-650-251-5002

**MEMORANDUM ENDORSED**

| Direct Dial Number | E-mail Address |
|---|---|
| (650) 251-5153 | sblake@stblaw.com |

**BY ECF**                                                December 5, 2022

Hon. Gregory H. Woods
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10017-1312

Re:   *Greco, et al., v. Qudian Inc., et al.*, Case No. 1:20-cv-00577-GHW

Dear Judge Woods:

Pursuant to the Court's Individual Rules of Practice in Civil Cases, I write on behalf of Defendants Qudian Inc. ("Qudian"), Min Luo, and Carl Yeung (collectively, "Defendants") to request the entry of final judgment in favor of Defendants. Lead Plaintiffs Juan Pablo di Benedetto, Galessi Holding Corp, and Pablo Greco (collectively, "Lead Plaintiffs") do not oppose this request.

By way of background, on January 22, 2020, Plaintiff Stephen Bellingham filed a Class Action Complaint asserting federal securities claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and SEC Rule 10b-5, on behalf of a putative class. Pursuant to a Stipulation and Order dated April 7, 2020, the Court appointed Lead Plaintiffs (Dkt. No. 34). Lead Plaintiffs filed an Amended Complaint on June 12, 2020 (Dkt. No. 44), and Defendants filed a motion to dismiss the Amended Complaint on September 4, 2020 (Dkt. No. 54).

On September 13, 2022, the Court granted Defendants' motion to dismiss, with leave to file a second amended complaint within 30 days, *i.e.*, by October 13, 2022 (Dkt. No. 61), which the Court subsequently extended to November 14, 2022 (Dkt. No. 63). Lead Plaintiffs have elected not to file a second amended complaint. Defendants therefore respectfully request that, subject to the Court's approval, final judgment be entered in favor of Defendants on all claims in the Amended Complaint in the form submitted herewith.

Respectfully submitted,

*/s/ Stephen P. Blake*
Stephen P. Blake

cc:  All counsel of record, via ECF

---

Application granted. By separate order, and for the reasons stated in this letter, the Court will enter final judgment in this case. The Clerk of Court is directed to enter judgment for Defendants, to terminate all pending motions and to close this case.
SO ORDERED.

Dated: December 5, 2022
New York, New York

GREGORY H. WOODS
United States District Judge

NEW YORK   BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   SÃO PAULO   SEOUL   TOKYO   WASHINGTON, D.C.