UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEPHEN BELLINGHAM, Individually
and On Behalf of All Others Similarly
Situated,

                        Plaintiff,

        -against-                                    20 **CIVIL** 577 (GHW)

                                                              **JUDGMENT**

QUDIAN INC., MIN LUO, and CARL
YEUNG,

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo Endorsed Order dated December 5, 2022, application is granted.

Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

        December 7, 2022

                                                          **RUBY J. KRAJICK**

                                                             **Clerk of Court**

              **BY:**                K. Mango

                                                             **Deputy Clerk**